IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDJA ROCHLING, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV302 |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ERIC K. SHINSEKI, in his official capacity as the Secretary for the Department of Veterans Affairs, DEPARTMENT OF HEALTH AND HUMAN SERVICES, the, and KATHLEEN SEBELIUS, in her official capacity as the Secretary for the Department of Health and Human Services, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Restrict Access to Supplemental VA Administrative Record (filing 56).  The motion will be granted.

**IT IS ORDERED:**

1. Defendants' Motion to Restrict Access to Supplemental VA Administrative Record (filing 56) is granted;

2. The Clerk of Court shall restrict access to the Supplemental VA Administrative Record (filing 57) to the court and counsel of record.

**DATED June 20, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**