IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDJA ROCHLING, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV302 |
| | ) | |
| vs. | ) | |
| | ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ERIC K. SHINSEKI, in his official capacity as the Secretary for the Department of Veterans Affairs, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES and KATHLEEN SEBELIUS, in her official capacity as the Secretary for the Department of Health and Human Services, | ) | ORDER SETTING PROGRESSION OF CASE |
| Defendants. | ) | |

Following a conference with counsel pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED** that the provisions of the court's earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

**Motions for Summary Judgment.** Plaintiff's Motion for summary judgment shall be filed not later than **February 17, 2012**. *See* NECivR 56.1 and 7.0.1. Defendants' response brief is due **March 19, 2012.** The Plaintiff's reply brief is due **March 30, 2012.**

DATED: December 8, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge