IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDJA ROCHLING, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPARTMENT OF VETERANS ) <br> AFFAIRS, ERIC K. SHINSEKI, in his ) <br> official capacity as the Secretary for ) <br> the Department of Veterans Affairs, ) <br> THE DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES and KATHLEEN ) <br> SEBELIUS, in her official capacity as ) <br> the Secretary for the Department of ) <br> Health and Human Services, ) <br> ) <br> Defendants. ) | 8:10CV302 <br><br> ORDER SETTING <br> PROGRESSION OF CASE |

Following a conference with counsel pursuant to Fed. R. Civ. P. 16, concerning matters of importance in scheduling this case,

**IT IS ORDERED** that the provisions of the court's earlier, initial progression order remain in effect, and in addition to those provisions, the following shall apply:

**Motions for Summary Judgment.** Plaintiff's Motion for summary judgment shall be filed not later than **February 17, 2012**. *See* NECivR 56.1 and 7.0.1. Defendants' response brief is due **March 19, 2012.** The Plaintiff's reply brief is due **March 30, 2012.**

DATED: December 8, 2011.

                                                        BY THE COURT:

                                                        s/ F.A. Gossett, III
                                                        **United States Magistrate Judge**